IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

GARRI SHIHMAN

Criminal No. 17-339
(UNDER SEAL)

## ARRAIGNMENT PLEA

Defendant Garri Shihman

being arraigned, pleads _____

in open Court this _____ day of

_____ , 20 _____

_____
(Defendant's Signature)

_____
(Attorney for Defendant)